# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-00295-CR-W-GAF |
| JAMES HAWKINS, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant James Hawkins's *pro se* document entitled "Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction." (Doc. #21.) The Court has construed the document as a motion to dismiss for lack of jurisdiction.

On June 6, 2019, Judge Lajuana M. Counts issued her Report and Recommendation (Doc. #30.) Objections to the Report and Recommendation were due on or before June 24, 2019. No objections have been filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts. Accordingly, it is hereby

ORDERED that defendant James Hawkins's *pro se* document entitled "Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction." (Doc. #21) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 25, 2019