# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00295-01-CR-W-GAF |
| | ) | |
| JAMES HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 23, 2018, the Grand Jury returned a two-count Indictment against defendant James Hawkins. The Indictment charges defendant with being a felon in possession of a firearm and being in possession of an unregistered firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Robert Smith
    Case Agent: Charlie Backer, ATF
    Defense: Pro Se
    Assisting:

**OUTSTANDING MOTIONS**:

| | | |
|---|---|---|
| 03/25/2019 | 21 | NOTICE of filing by James Hawkins (Attachments: # 1 Envelope)(Houston, Kiambu) (Entered: 03/26/2019) |
| 06/06/2019 | 30 | REPORT AND RECOMMENDATION as to James Hawkins re 21 Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction. Objections to R&R due by 6/24/2019. Signed on 6/6/2019 by Magistrate Judge Lajuana M. Counts. A copy of this Report and Recommendation was mailed this date via first-class US Mail to James Hawkins at 10320 E 63rd Street, Apt. 1, Raytown, MO 64133. (Bliss, Sue) (Entered: 06/06/2019) |

| | | |
|---|---|---|
| 06/12/2019 | 32 | MOTION to revoke Pretrial Release by USA as to James Hawkins. Suggestions in opposition/response due by 6/26/2019 unless otherwise directed by the court. (Smith, Robert) (Entered: 06/12/2019) |
| 06/14/2019 | 33 | NOTICE of filing Government's Notice of Intent to Offer Prior Convictions Pursuant to Federal Rule of Evidence 404(b) by USA as to James Hawkins (Smith, Robert) (Entered: 06/14/2019) |
| 06/14/2019 | 34 | NOTICE of filing Government's Notice of Expert Witnesses by USA as to James Hawkins (Smith, Robert) (Entered: 06/14/2019) |

**TRIAL WITNESSES**:
    Government: 0 with stipulations; 4-8 without stipulations
    Defendant: will have no witnesses

**TRIAL EXHIBITS:**
    Government: approximately 10-20 exhibits
    Defendant: will have no exhibits

**DEFENSES**: general denial as to both

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( √ ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1.5 days total**
    Government's case including jury selection: 1 day(s)
    Defendant: .5 day(s)

**STIPULATIONS**: none

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Due on or before July 3, 2019.
        Defendant: Due on or before July 3, 2019.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before July 10, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before July 10, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for July 15, 2019.

**Please note:** Government requests the second week of the trial docket as their case agent is unavailable the first week.

**IT IS SO ORDERED**

                                                    */s/ Lajuana M. Counts*