## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00295-01-CR-W-GAF |
| | ) | |
| JAMES HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 6, 2019, the Grand Jury returned a two-count Superseding Indictment charging that on or about January 12, 2018, the Defendant, James Hawkins, having been convicted of a crime punishable by imprisonment for a term exceeding one year knowingly possessed a firearm (Count One) and possessed a shotgun having a barrel of less than 18 inches in length which was not registered to him in the National Firearms Registration and Transfer Record (Count Two.)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
   Government: Robert M. Smith and Trey Alford
      Case Agent: Charlie Backer, ATF
   Defense: pro se

**OUTSTANDING MOTIONS**: No outstanding witnesses.

**TRIAL WITNESSES**:
   Government: 0 with stipulations; 4-8 without stipulations
   Defendant: 0 witnesses
**TRIAL EXHIBITS:**
   Government: approximately 10-20 exhibits
   Defendant: approximately 0 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1.5 days total**
Government's case including jury selection: 1 day(s)
Defendant: 0.5 day(s)

**STIPULATIONS**: None

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Proposed Witness List filed June 14, 2019. **Due on or before September 11, 2019.**
Defendant: **Due on or before September 11, 2019.**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Due on or before September 18, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before September 18, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for September 23, 2019.

**Please note:** No specific request for a certain week.

**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　 */s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　　　LAJUANA M. COUNTS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE